## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.                                                      Case No. 19-mj-87

AUSTIN L. HEDGES,

                    Defendant.

## COMPLAINT FOR VIOLATION OF TITLE 18, UNITED STATES CODE,
## SECTION 922(g)(4)

BEFORE United States Magistrate Judge          United States District Court
Stephen L. Crocker                             120 North Henry Street
                                               Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

### COUNT 1

On or about October 9, 2019, in the Western District of Wisconsin, the defendant,

AUSTIN L. HEDGES,

knowing he had previously been committed to a mental institution, knowingly and

unlawfully possessed in or affecting commerce a Smith and Wesson, .380 caliber pistol,

said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(4)).

This complaint is based on the attached affidavit of Mark D. Person.

MARK D. PERSON, Special Agent
Federal Bureau of Investigation

SWORN TO AND SIGNED
BEFORE ME ON 10-9-19

STEPHEN L. CROCKER
MAGISTRATE JUDGE