## AFFIDAVIT

STATE OF WISCONSIN      )
                        ) ss.
DANE COUNTY             )

I, Mark D. Person, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI). I am currently assigned to the Milwaukee Field Office, Madison Resident Agency. I have been an FBI Agent for approximately 13 years. I have investigated multiple criminal violations, including financial crimes, public corruption and bank robberies. I have received training on search, seizure and arrest, and have participated in the execution of numerous federal search warrants and arrest warrants.

2.      On June 12, 2013, Rock County Wisconsin Circuit Court Judge Barbara McCrory issued an Order of Commitment, ordering Austin L. Hedges, DOB: 10/20/1995, be committed for six months from the date of the hearing to a locked mental health institution.  The court further ordered Hedges be prohibited from possessing any firearm and the order advised Hedges that federal law provided penalties for possessing, transporting, shipping, receiving or purchasing a firearm, including, but not limited to a rifle, shotgun, pistol, revolver, or ammunition pursuant to Title 18, United States Code, Sections 921(a)(3) and (4) and 922(g)(4).  The order further stated the prohibition shall remain in effect until lifted by the court and the expiration of the mental commitment did not terminate the firearms possession restriction.

3.      On June 18, 2013, Hedges signed and dated a list of treatment conditions

to which he agreed to comply, including "I understand that under the Court's Order, I will be prohibited from possessing any firearm and may be criminally prosecuted if I possess any firearm while that prohibition is in effect."

4.     On October 9, 2019, federal law enforcement officers executed a search warrant at Hedges' home in Clinton, WI.  When they arrived at the residence, Hedges had a Smith and Wesson, .380 caliber pistol in his waistband.

5.     According to Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent Anthony Rotunno, who was on the scene, the Smith and Wesson pistol was not manufactured in Wisconsin.

MARK D. PERSON
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me this _9th_ day of October 2019.

Honorable Stephen L. Crocker
United States Magistrate Judge