# COURTROOM MINUTES
# CRIMINAL

DATE: 10/11/2019   DAY: Friday        START TIME: 9:35 am     END TIME: 10:26 am

JUDGE/MAG.: SLC          CLERK: JLS              REPORTER: FTR

PROBATION OFFICER: R. Plender        INTERPRETER: _____   SWORN: YES ☐ NO ☐

CASE NUMBER: 19-mj-87-slc       CASE NAME: USA v. Austin L. Hedges

PROCEEDING: Detention Hearing

**APPEARANCES:**

ASST. U.S. ATTY.: Elizabeth Altman        DEFENDANT ATTY.: Nathan Otis

DEFENDANT PRESENT:      ☒ YES       ☐ NO       ☐ EXCUSED BY COURT

Defendant released.

TOTAL COURT TIME: 51 min