**Jason Whitfield**
yesterday at 3:42 pm

I found this one floating around on google images lol.



♡ 3    💬  5    ↗        👁 5

Most interesting ⌄

**Randall Ramsey**
Love the look of disappointment on the faget cops face lol
yesterday at 5:43 pm   Reply                    ♥ 1

    **Jason Whitfield**
    Randall, "You aren't coming through" 5 mins later.....
    yesterday at 6:37 pm   Reply

    **Randall Ramsey**
    Because he's a faget Commander said lol. That's one of my favorite moments when he said that
    yesterday at 6:53 pm   Reply              ♥ 1

    **Jason Whitfield** replied to Randall
    I died laughing right before that moment when he just straight out said "Fuck you nigger" to that reef coon before the village people cop tried stopping us lol
    yesterday at 9:58 pm   Reply

Leave a comment...



GOVERNMENT EXHIBIT
1