# Exhibit 2

# Search Warrant and Affidavit
# Filed Under Seal