

**Jason Whitfield**
10 Jun at 8:53 am

I told a few people at work that I was going to a protest in Detroit and they thought I was full of shit, now that I'm back everyone is acting nervous around me and keeping their distance lol.

♡ 4    💬 3    ↗    👁 11

Most interesting ⌄

**Randall Ramsey**
We are too proud to hide. That's why we show up any where and every where
10 Jun at 2:28 pm   Reply                                                                ♥ 1

**Jason Whitfield**
Apparently the video of us before that dumb bitch got knocked down where you see and hear me yell "White Power" is circulating around my workplace and I'm wearing my backpack in the video that I take to work as a day bag. So far a few people talked to me about it and nobody gives a fuck and I'm pretty sure the plant manager doesn't either. Then again I work as a farm trucker and I work with 99.9% white men who are farmers and rednecks so good luck to Antifa if they think doxing me will be worth the effort lol.
10 Jun at 12:58 pm   Reply

**Mary Ramsey**
The same thing happened to me when I went to work Sunday
yesterday at 9:29 am   Reply

Leave a comment...


GOVERNMENT
EXHIBIT
3