**Jason Whitfield**
3 Aug at 5:35 am

6

**Alain Carle**
Sieg Heil
3 Aug at 11:32 am Reply 1

**Morten Ironcross**
Heil Hitler!
3 Aug at 2:20 pm Reply 1

**Morten Ironcross**
Nice uniform and traditional furniture.
3 Aug at 2:21 pm Reply 1

**Jason Whitfield**
Oh, I forgot to mention, that 1911 on my hip is real and had 1 in the chamber when I took that pic.
3 Aug at 2:22 pm Reply

**Morten Ironcross**
But the P38 is way better than the colt ^^

But guns are always good comrade.
Keep them for the revolution.
3 Aug at 4:15 pm Reply

**Jason Whitfield** Morten
Morten, actually, it's a Springfield A1
3 Aug at 7:12 pm Reply

**Morten Ironcross** Morten
Nice gun, especially Springfield.
Thought you meant the Colt M1911
3 Aug at 7:16 pm Reply 1

**Jason Whitfield** Morten
Morten, 1911 is just the model, there's a shitload of companies that make 1911's. Colt and Springfield are towards the top of the quality chain though.
3 Aug at 8:24 pm Reply

**Morten Ironcross** Morten
I didn't know to be honest, sorry. I am

Leave a comment...

Java Update Available
A new version of Java is ready to be insta

GOVERNMENT EXHIBIT
4

PENGAD-Bayonne, N. J.