

Handwritten note: "I Keaton Baker sold a Ruger S&9 with the serial number 330-86374 to Jason Whitfield on August 18th at 7pm."

Signed: Keaton Baker

Evidence marker: 46

GOVERNMENT EXHIBIT 5